THE PEOPLE OF THE STATE OF NEW YORK, *ex rel.* ANDREW ZEISER, AND THE SAID ANDREW ZEISER, RESPONDENTS, *v.* MOSES KESSEL, APPELLANT.

Judgment reversed, and new trial granted, costs to abide the event.

Opinion by BARNARD, P. J.

CATHERINE BLAUVELT, RESPONDENT, *v.* CAROLINE M. SHEPARD AND WILLIAM A. SHEPARD, HER HUSBAND, APPELLANTS.

Order of November 29, 1879, affirmed with costs and disbursements, Justice PRATT not sitting, and order of November 17, 1879, affirmed with costs and disbursements, Justice GILBERT not sitting.

Opinion by BARNARD, P. J.

JOHN C. WHITE, AS ADMINISTRATOR, ETC., OF ESTEY R. WHITE, DECEASED, PLAINTIFF, *v.* OLIVER TITUS, AND ESTHER L. TITUS, AS SOLE EXECUTRIX OF ROBERT W. TITUS, DECEASED, DEFENDANTS.

Exception overruled, and judgment for the plaintiff upon the verdict.

Opinion by PRATT, J.

LAWRENCE ODELL, APPELLANT, *v.* ALEXANDER McCUE AND EDGAR M. CULLEN, RESPONDENTS.

Judgment and order confirming referee's report reversed and new trial granted, costs to abide event.

Opinion by GILBERT, J.

HORATIO N. TWOMBLY, APPELLANT, *v.* PATRICK CASSIDY AND OTHERS, RESPONDENTS.

Order affirmed, with costs and disbursements.

Opinion by PRATT, J.

SILAS DAVIS AND OTHERS, RESPONDENTS, *v.* LOUIS LEOPOLD AND OTHERS, APPELLANTS.

Judgment reversed and new trial granted, costs to abide event.

Opinion by GILBERT, J.